IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No.: 21-03759 |
| | ) | |
| AE S Hwang | ) | Chapter 13 |
| | ) | |
| | ) | Judge: Jack B. Schmetterer |
| Debtor(s) | ) | |

## Notice of Objection

The Debtor objects to the Motion for Relief from the Automatic Stay as to 7026 West Diversey Avenue, Chicago, Illinois 60707.

           David H. Cutler,
           Attorney for the Debtor


           /s/ *David H. Cutler*
           By: David H. Cutler


Cutler & Associates, Ltd.
David H. Cutler
Attorney for the Debtor
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600